E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:21-cr-00012-RRB-SAO |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | THEFT OF MAIL BY POSTAL SERVICE EMPLOYEE Vio. of 18 U.S.C. § 1709 |
| MELISSA MARIE LASCURAIN, | ) ) | COUNT 2: |
| Defendant. | ) ) ) ) ) | DELAY OR DESTRUCTION OF MAIL BY POSTAL SERVICE EMPLOYEE Vio. of 18 U.S.C. § 1703 |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between November 2019 and December 30, 2019, within the District of Alaska, the defendant, MELISSA MARIE LASCURAIN, an employee of the United States

Postal Service, did embezzle letters, mail, and articles from the mail, to wit: approximately 37 letters addressed to persons other than the defendant, which had been entrusted to the defendant and come into her possession intended to be conveyed by the United States mail.

All of which is in violation of 18 U.S.C. § 1709.

## COUNT 2

Between November 2019 and December 30, 2019, within the District of Alaska, the defendant, MELISSA MARIE LASCURAIN, an employee of the United States Postal Service, did secret, destroy, detain, delay, and open postal cards, packages, bags, and mails, which were entrusted to her and had come into her possession intended to be conveyed by the United States mail.

//
//
//
//
//
//
//
//
//
//
//

All of which is in violation of 18 U.S.C. § 1703.

A TRUE BILL.

                                                                  s/ Grand Jury Foreperson
                                                                   GRAND JURY FOREPERSON

s/ Kyle Reardon for
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: March 17, 2021